(October 21, 1982)

■ FERTICO BELGIUM S.A., Appellant, v PHOSPHATE CHEMICAL EXPORT ASSO-CIATION, INC., Defendant, and AGRICO CHEMICAL COMPANY et al., Respondents. — Order, Supreme Court, New York County (Ascione, J.), entered on April 6, 1982, unanimously affirmed for the reasons stated by Ascione, J., at Special Term. All respondents submitting briefs shall recover of appellant one bill of $75 costs and disbursements of this appeal. Concur — Murphy, P. J., Sullivan, Ross, Bloom and Milonas, JJ.